## Commonwealth *v.* Holmes, Appellant.

Submitted April 18, 1967. Before BELL, C. J., MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*Tyrone Holmes,* appellant, in propria persona.

*Burton D. Fretz* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, May 24, 1967:
Order affirmed.
Mr. Justice COHEN took no part in the consideration or decision of this case.